UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 09, 2024

SEAN F. McAVOY, CLERK

U.S.A. vs.     Valdovinos-Vazquez, Victor Alejandro     Docket No.     0980 2:24CR00120-TOR-1

**Petition for Action on Conditions of Pretrial Release**

     COMES NOW  Jonathan C Bot, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Victor Alejandro Valdovinos-Vazquez, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom sitting in the court at Yakima, Washington, on the 20th day of August 2024 under the following conditions:

**Special Condition #4:** Defendant shall submit to random urinalysis testing as directed by the United States Probation/Pretrial Services Office. Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing which is required as a condition of release.

**Standard Condition #8:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

     RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On August 21 and September 6, 2024, the conditions of pretrial release were reviewed with Mr. Valdovinos-Vasquez. He acknowledged an understanding of his conditions, which included special condition number 4 and standard condition number 8.

**Violation # 1:** It is alleged that Mr. Valdovinos-Vasquez violated the conditions of his pretrial release by failing to provide a urinalysis as directed on September 6, 2024.

**Supporting Evidence:** On September 6, 2024, at approximately 9:15 a.m., the undersigned spoke with Mr. Valdovinos-Vasquez and sent a text message to remind him of his Court hearing and pretrial services office appointment on that date and that a urinalysis was to be collected prior to his 11 a.m. hearing. Mr. Valdovinos-Vasquez reported to the U.S. Probation Office as directed at approximately 10 a.m. After finishing the office visit portion at approximately 10:20 a.m., Mr. Valdovinos-Vasquez was brought back to the urinalysis room and he stated he was unable to provide a sample and requested to go to the lobby so he could consume water. The undersigned granted Mr.Valdovinos-Vasquez this request and he was again brought back to the urinalysis room at approximately 10:35 a.m., and he again stated he was unable to provide so he was escorted back to the lobby and informed the undersigned would be back in approximately 5 minutes and another attempt would be made to provide a urinalysis. At approximately 10:40 a.m., Mr. Valdovinos-Vasquez was brought back to the urinalysis room and he informed the undersigned that while waiting, he suddenly needed to go to the bathroom so he urinated in a plastic water bottle that he pulled out of his pocket and requested the undersigned use this urine for testing. The undersigned declined Mr. Valdovinos-Vasquez' request and informed him he needed to report to the courtroom and that he should inform his attorney of these events. Mr. Valdovinos-Vasquez failed to provide a urinalysis as directed prior to his 11 a.m. court appearance.

It should be noted, when Mr. Valdovinos-Vasquez was being taken into custody of the U.S. Marshall's Service after his hearing, he pulled out the aforementioned bottle of urine which was subsequently disposed of.

**Violation #2:** It is alleged that Mr. Valdovinos-Vasquez violated the conditions of his pretrial release by using methamphetamine and marijuana on or about September 1, 2024.

**Supporting Evidence**: On September 6, 2024, after Mr. Valdovinos-Vasquez was remanded to the U.S. Marshals Service, the undersigned met with Mr. Valdovinos-Vasquez and he agreed to provide a urinalysis and ultimately admitted to the undersigned that he last used marijuana and methamphetamine on or about September 1, 2024. Mr. Valdovinos-Vasquez' urinalysis tested presumptive positive for these substances and the sample was sent for confirmation.

PRAYING THAT THE COURT WILL ORDER DEFENDANT TO APPEAR BEFORE THE MAGISTRATE JUDGE.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: September 9, 2024

by  s/Jonathan C. Bot

Jonathan C. Bot
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*Alexander C. Ekstrom*

Signature of Judicial Officer

9/9/24

Date